IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| WILLIAM JOSEPH BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 1:15-CV-049-C |

## ORDER

Counsel for Plaintiff seeks attorney's fees in the above-styled and -numbered civil action. The motion for attorney's fees was referred to the United States Magistrate Judge. The United States Magistrate Judge entered a Report and Recommendation on May 23, 2018. No party filed timely objections. After reviewing the Report and Recommendation, the Court is of the opinion that it should be adopted.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court.

The fee motion is **GRANTED** and counsel for Plaintiff is **AWARDED** $8,725.00 out of Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b).

The Social Security Administration is **ORDERED** to release such amount for attorney's fees to Plaintiff's counsel, Dominick Bonino.

Additionally, because the Court previously awarded $2,590.00 as attorney's fees pursuant to the EAJA, Plaintiff's counsel is **ORDERED** to refund that amount to Plaintiff as the smaller of the two fee awards.

Dated this 8th day of June, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE